IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| KRISTINE "KRISSIE" HOLCOMBE, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:17-cv-00112-O |
| KELL WEST REGIONAL HOSPITAL, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Initial Responsive Pleading to Plaintiff's Original Complaint (ECF No. 6), filed September 8, 2017. Defendant requests that the deadline be extended from September 13, 2017 to September 25, 2017. Having reviewed the motion, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Defendant's Response to Plaintiff's Original Complaint shall be due on or before **September 25, 2017**.

**SO ORDERED** on this **11th day** of **September, 2017.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE